Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# UNITED STATES DISTRICT COURT

for the

District of

Division

2026 APR 24 PM 2: 39

OFFICE OF THE CLERK

|  |  |
|---|---|
| JETTIE FAYE DAVIS<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br><br><br>Zum Sf Inc.,<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> | Case No.     8: 26 CV 181<br><br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JETTIE F. DAVIS |
| Street Address | 9354 MIAMI ST |
| City and County | OMAHA. |
| State and Zip Code | NE 68134 |
| Telephone Number | 402-672-4978 |
| E-mail Address | JETTIEFAYED@GMAIL.COM |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name — ZUM SF INC.,

Job or Title *(if known)*

Street Address — 6225 S. 60th ST

City and County — OMAHA

State and Zip Code — NEBRASKA 68117

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

**SEE EXHIBIT A.**

B.    What date and approximate time did the events giving rise to your claim(s) occur?

EXHIBIT A – STATAEMENT OF CLAIM

FACTUAL ALLEGATIONS

# ① CLAIM TITLE VII CIVIL RIGTS Act of 1964.

1. I was terminated for being late.
2. I performed satisfactory.
3. I was not late.
4. If I was late, it was the action of ZUM such as,

   (a) Improper delivery of the routing instruction to my tablet.
   (b) Defendant's App sending GPS instruction to my tablet in reverse order.
   (c) Evening routes was on my tablet in the morning.
   (d) Morning routes was on my tablet in the evening.

Mr. Patrick Mason a (white male) was situated the same as I was, he was late everyday also.

   (a) GPS instructions was not sent to his tablet in error.

5. Defendant took my bus and route.
6. Defendant promoted Mr. Mason.
7. Defendants put seasonal drivers on my bus to teach me proper procedures and best practices, and insisted that I ride along with them.
8. Defendants did not put seasonal drivers on Mr. Mason's bus, or have him ride along with them.
9. The routes was ill designed for me and Mr. Mason
10. Mr. Mason said that his route was late from the beginning of school.
11. I filed with the EEOC on 9/18/2024.
12. I asked Mr. Mason if he would speak with the EEOC to let them know that he was experiencing the same issues with his route. He said he didn't have much to say.

The Defendant misrepresented the facts about Mr. Mason's lateness.

The Defendant misrepresented the facts about why they didn't put other drivers on mr. mason's bus.

(a) RETALIATION CLAIM

13. Retaliation took place after I asked Mr. Mason to speak with the EEOC.

14. I was profiled.

15. Mr. Mason and I generally sat in the break room between routes

16. I asked him to speak with the EEOC on Friday, 9/20/2024, on Monday, 9/2023/2024, Mr. Mason was no longer in the break room with me, they promoted him, putting him at the tablet table with the trainers.

17. The Defendant sent my picture and route activity to the EEOC to prove their claim about me being late.

18. They did not send Mr. Mason picture and route activity to the EEOC to prove that his route was on time.

19. They gave me last minute routes and charters creating late issues for me.

20. They accused me of Kid napping a 5 year old (white) female student that I refused to drop off in an unsafe environment.

21. They gave my route to a (black) female bus driver that was a special event driver that didn't know my route and had been at that location one week.

22. They accused me of berating her because I tracked my bus while she was driving to see if the bus would arrive on time, being that I wasn't riding alone.

23. She was late.

24. This was 9/23/2024 a.m.

25. .I was also accused of following her back to base upsetting her.

26. On 9/2024, I was given buses with defects, defective hood latch.

27. On 9/24/2024, I was given a bus full of Halloween decoration with full human size skeleton on the dashboard.

28. On 9/25/2024 I went to dispatch to find out why the Zum App was sending incorrect time and instruction to my tablet.

29. I spoke with Tony Wardyn my supervisor  he said he didn't know

30. I went to the trainer's desk where Mr. Mason was sitting and asked him because I wanted to know if the App was routing ill instruction to his tablet, it was not he didn't know how to fix it.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

LOSING my NOME
My REPUTATION
RELATIONSHIPS WITH BUSINESSES, PARTNERS, AND FAMILY
FAILURE TO PROVIDE CARE FOR MY MENTALLY
CHALLENGED GRANDSON THAT LIVES WITH ME.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

MADE WHOLE
AND POLICY CHANGE

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         4/24/2026

Signature of Plaintiff        *Jettie F Davis*

Printed Name of Plaintiff        JETTIE F. DAVIS

### B.    For Attorneys

Date of signing: _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____

## ③ 1981 CLAIM

31. I took my tablet to the trainer Mr. Mason was sitting with, she said someone from dispatch had sent the instruction just that quick but the time on the tablet was incorrect.

32. On the day that I was terminated, I came in early to speak again with management.

33. On 9/25/2024, Tony Wardyn my supervisor said that he didn't know why my table was receiving incorrect instructions.

34. On 9/26/2024 he said he did know and that it was a 5 minute oops that happened that week and they was working on it.

35. Because of inconsistency with the managers, an argument started between me and Tony Wardyn.

36. He refuse to address my concerns about the route and App.

37. He insisted that I was dragging my feet

38. Tony and I was at the tablet table speaking with Miss Dolly Sparlding.

39. Tony insisted that we take to argument to the yard.

40. Gary Driskill my manager approached us and demanded that I give my badge and tablet to them.

41. Tony and Gary accused me of throwing my tablet at Gary.

42. Gary Driskill told Tony to call the authorities to remove me from the base.

43. Gary said, Miss Jettie you no longer work here.

44. Gary and Tony claimed that witnesses heard me say that I quit my job.

45. On 10/09/2024 Tony Wardyn filled out a Separation Form indicating that I was terminated for insubordination.

46. During the EEOC investigation Gary Driskill and Tony Wardyn lied to the EEOC and said that I quit my job they did not fire me.

# EXHIBIT A'

## STATEMENT OF CLAIM

### FACTUAL ALLEGATIONS

1. I was terminated for being late.
2. I performed satisfactory.
3. I was not late.
4. If I was late, it was the action of ZUM such as,

   (a) Improper delivery of the routing instruction to my tablet.
   (b) Defendant's App sending GPS instruction to my tablet in reverse order.
   (c) Evening routes was on my tablet in the morning.
   (d) Morning routes was on my tablet in the evening.

Mr. Patrick Mason a (white male) was situated the same as I was, he was late everyday also.

   (a) GPS instructions was not sent to his tablet in error.

5. Defendant took my bus and route.
6. Defendant promoted Mr. Mason.
7. Defendants put seasonal drivers on my bus to teach me proper procedures and best practices, and insisted that I ride along with them.
8. Defendants did not put seasonal drivers on Mr. Mason's bus, or have him ride along with them. ·
9. The routes was ill designed for me and Mr. Mason
10. Mr. Mason said that his route was late from the beginning of school.
11. I filed with the EEOC on 9/18/2024.
12. I asked Mr. Mason if he would speak with the EEOC to let them know that he was experiencing the same issues with his route.  He said he didn't have much to say.

The Defendant misrepresented the facts about Mr. Mason's lateness.

EXHIBIT A²

FACTUAL ALLEGATIONS

The Defendant misrepresented the facts about why they didn't put other drivers on my mason's bus.

13. Retaliation took place after I asked Mr. Mason to speak with the EEOC.

14. I was profiled.

15. Mr. Mason and I generally sat in the break room between routes

16. I asked him to speak with the EEOC on Friday, 9/20/2024, on Monday, 9/2023/2024, Mr. Mason was no longer in the break room with me, they promoted him, putting him at the tablet table with the trainers.

17. The Defendant sent my picture and route activity to the EEOC to prove their claim about me being late.

18. They did not send Mr. Mason picture and route activity to the EEOC to prove that his route was on time.

19. They gave me last minute routes and charters creating late issues for me.

20. They accused me of Kid napping a 5 year old (white) female student that I refused to drop off in an unsafe environment.

21. They gave my route to a (black) female bus driver that was a special event driver that didn't know my route and had been at that location one week.

22. They accused me of berating her because I tracked my bus while she was driving to see if the bus would arrive on time, being that I wasn't riding alone.

23. She was late.

24. This was 9/23/2024 a.m.

25. .I was also accused of following her back to base upsetting her.

26. On 9/2024, I was given buses with defects, defective hood latch.

27. On 9/24/2024, I was given a bus full of Halloween decoration with full human size skeleton on the dashboard.

28. On 9/25/2025, I went to dispatch to find out why the Zum App was sending incorrect time and instruction to my tablet.

29. I spoke with Tony Wardyn my supervisor  he said he didn't know

30. I went to the trainer's desk where Mr. Mason was sitting and asked him because I wanted to know if the App was routing ill instruction to his tablet, it was not he didn't know how to fix it.

EXHIBIT A        FACTUAL ALLEGATIONS

31. I took my tablet to the trainer Mr. Mason was sitting with, she said someone from dispatch had sent the instruction just that quick but the time on the tablet was incorrect.

32. On the day that I was terminated, I came in early to speak again with management.

33. On 9/25/2024, Tony Wardyn my supervisor said that he didn't know why my table was receiving incorrect instructions.

34. On 9/26/2024 he said he did know and that it was a 5 minute oops that happened that week and they was working on it.

35. Because of inconsistency with the managers, an argument started between me and Tony Wardyn.

36. He refuse to address my concerns about the route and App.

37. He insisted that I was dragging my feet

38. Tony and I was at the tablet table speaking with Miss Dolly Sparlding.

39. Tony insisted that we take to argument to the yard.

40. Gary Driskill my manager approached us and demanded that I give my badge and tablet to them.

41. Tony and Gary accused me of throwing my tablet at Gary.

42. Gary Driskill told Tony to call the authorities to remove me from the base.

43. Gary said, Miss Jettie you no longer work here.

44. Gary and Tony claimed that witnesses heard me say that I as quitting my job.

45. On 10/09/2024 Tony Wardyn filled out a Separation Form indicating that I was terminated for insubordination.

46. During the EEOC investigation Gary Driskill and Tony Wardyn lied to the EEOC and said that I quit my job they did not fire me.